```
                          United States Bankruptcy Court
                             Northern District of Ohio
```

In re:                                                          Case No. 14-16732-aih
Terry C. Wallace                                                Chapter 7
Jammie A Wallace
        Debtors                     **CERTIFICATE OF NOTICE**

District/off: 0647-1          User: admin              Page 1 of 1         Date Rcvd: Oct 27, 2014
                              Form ID: 227ia           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2014.
```
db/db          +Terry C. Wallace,    Jammie A Wallace,    20514 Raymond Street,    Maple Heights, OH 44137-2015
23338420       +Bishop, Jeffrey B.,    471 East Broad Street, # 1200,    Columbus, OH 43215-3842
23338409       +CNAC,    777 Canton Road,    Akron, OH 44312-2606
23338412       +Dollar Bank,    340 Fourth Avenue,    Pittsburgh, PA 15222-2001
23338413       +Dominion East Ohio Gas,    PO Box 26785,    Richmond, VA 23261-6785
23338414       +Key Bank,    127 Public Square,    Cleveland, OH 44114-1226
23338415      ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    ONE NATIONWIDE PLAZA,    MAIL CODE 1-30-403,
                 COLUMBUS OH 43215-2226
                (address filed with court:  Nationwide Insurance Co,    One Nationwide Plaza,
                 Columbus, OH 43215)
23338416       +Progressive Insurance Co,    P O Box 43258,    Richmond Heights, OH 44143-0258
23338417       +Regional Finance Corp,    1223 East Waterloo Road,    Akron, OH 44306-3805
23338419       +State Farm Mutual Insurance Co,    471 East Broad Street, #1200,    Columbus, OH 43215-3842
23338422        WOW Internet Cable Co,    787 East Belleview Avenue, #1000,    Englewood, CO 80111
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              EDI: QLAHELBLING.COM Oct 27 2014 21:48:00      Lauren A Helbling,    1370 Ontario St,    #450,
                 Cleveland, OH  44113-1744
23338408       +EDI: CINGMIDLAND.COM Oct 27 2014 21:43:00      AT&T,    P O Box 6416,
                 Carol Stream, IL 60197-6416
23338410        EDI: DIRECTV.COM Oct 27 2014 21:48:00      Direct TV,    P O Box 6414,    Carol Stream, IL 60197
23338411       +EDI: ESSL.COM Oct 27 2014 21:43:00      Dish Network,    9601 South Meridian Boulevard,
                 Englewood, CO 80112-5905
23338418       +E-mail/Text: bklaw2@centurylink.com Oct 27 2014 22:03:10      Sprint,    P O Box 96031,
                 Charlotte, NC 28296-0031
23338421       +EDI: AISTMBL.COM Oct 27 2014 21:48:00      T-Mobile,    12920 SE 38TH Street,
                 Bellevue, WA 98006-7305
23338423        EDI: USBANKARS.COM Oct 27 2014 21:48:00      US Bank,    425 Walnut Street,
                 Cincinnati, OH 45202
                                                                                               TOTAL: 7
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2014                              Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2014 at the address(es) listed below:
```
              Lauren A Helbling    lauren@helblinglpa.com,   rrosalin1969@gmail.com;lhelbling@ecf.epiqsystems.com
                                                                                               TOTAL: 1
```

# United States Bankruptcy Court for the Northern District of Ohio

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on October 23, 2014. You may be a creditor of the debtor. **This notice lists important deadlines and explanations of your rights and duties.** Please read both sides of this notice.

### Case Information

**Case Number:** 14−16732−aih

**Debtor(s):**
Terry C. Wallace
20514 Raymond Street
Maple Heights, OH 44137

Jammie A Wallace
20514 Raymond Street
Maple Heights, OH 44137

**Other names used by the Debtor(s) in the last 8 years:**


**Last Four Digits of Debtor's Social Security Number or Individual Taxpayer ID Number (ITIN)/Complete EIN:**
xxx−xx−5533
xxx−xx−8082

**Attorney for Debtor:**
Terry C. Wallace
20514 Raymond Street
Maple Heights, OH 44137
Telephone number:  216−647−6700

**Bankruptcy Trustee:**
Lauren A Helbling
1370 Ontario St
#450
Cleveland, OH 44113−1744
Telephone number:  (216) 781−1164

### Meeting of Creditors

All debtors **must** bring the following proofs of identification to the meeting of creditors:

- Valid, unexpired photo identification (driver's license, state ID, employee ID, etc.). If the case is a joint filing, both debtors must have identification; AND
- Proof of social security number. Government− or employer−issued documentation, such as social security card, IRS tax transcript, W−2, or 1099, is acceptable proof.

**Date:**  December 1, 2014
**Time:**  10:00 AM
**Location:**  341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on the other side of this notice.*

The presumption of abuse does not arise.

### Deadlines

*Papers must be <u>received</u> by the bankruptcy clerk's office by the stated deadline.*

**Deadline to File a Proof of Claim:** *Please do not file a proof of claim unless you receive a notice to do so.*

**Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts:** January 30, 2015

**Deadline to Object to Exemptions:** 30 days after the *conclusion* of the meeting of creditors.

**Address of the Bankruptcy Court Clerk's Office:**
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**For the Court:**
Clerk of the Bankruptcy Court:
Kenneth J. Hirz

**Date:**  October 27, 2014

**Refer to Other Side of this Notice for Important Explanations**

# EXPLANATIONS

**Filing of Chapter 7 Bankruptcy Case:**
A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the other side of this notice, and an order for relief has been entered.

**Creditors Generally May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages.

**Presumption of Abuse:**
If the presumption of abuse arises, creditors have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances.

**Meeting of Creditors:**
A meeting of creditors is scheduled for the date, time, and location listed on the other side of this notice. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.

**Claims:**
There does not appear to be any property available to the trustee to pay creditors. *Therefore, you should not file a Proof of Claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a Proof of Claim, and telling you the deadline for filing your Proof of Claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.
*Do not include this notice with any proof of claim or other filing you submit to the court.*

**Discharge of Debts:**
The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a), *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the other side of this notice. The bankruptcy clerk's office must receive the motion or complaint and any required filing fee by that deadline.

**Exempt Property:**
The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect the list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the other side of this notice.

**Bankruptcy Clerk's Office:**
Any paper that you file in this bankruptcy case must be filed at the bankruptcy clerk's office at the address listed on the other side of this notice. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. The clerk's office is open Monday through Friday from 9:00 AM to 4:00 PM, except on federal holidays. Additional information can be found on the court's website at www.ohnb.uscourts.gov, including Forms, Local Bankruptcy Rules, Administrative and General Orders, Judges' Hearing Dockets, the United States Code, and the Federal Rules of Bankruptcy Procedure.

**Legal Advice:**
The staff of the bankruptcy clerk's office is not permitted to give legal advice. You may want to consult an attorney to determine your rights in this case. If you are a creditor with a foreign address, you should consult with a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case.

**Refer to Other Side of this Notice for Important Deadlines and Notices**