Northern District Of Ohio  
United States Bankruptcy Court  
Howard M. Metzenbaum U.S. Courthouse  
201 Superior Avenue  
Cleveland, OH 44114−1235  

**Case No. 14−16732−aih**

**In re:**

| | |
|---|---|
| Terry C. Wallace | Jammie A Wallace |
| 20514 Raymond Street | 20514 Raymond Street |
| Maple Heights, OH 44137 | Maple Heights, OH 44137 |

**Social Security No.:**

xxx−xx−5533                                                                                  xxx−xx−8082

### NOTICE OF DOCUMENT TO BE FILED – DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007(b)(7) and 1007(c), unless an approved provider of an instructional course concerning personal financial management has notified the court that the debtor has completed the course after filing the petition, the debtor(s) in the above captioned case must file a statement of completion of a course concerning personal financial management, prepared as prescribed by the appropriate Official Form, within 60 days of the first date set for the Meeting of Creditors.

Failure to submit such certification by this date may result in this case being closed without discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of a statement of completion of a course concerning personal financial management, the debtor(s) must pay the full filing fee due for filing such a motion.

**Dated:** January 19, 2015  
Form ohnb202

For the Court  
Kenneth J. Hirz, Clerk